# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT TUPPER,<br><br>                      Plaintiff,<br><br>   v.<br><br>BROOKS AUTOMATION, INC., a Washington corporation,<br><br>                      Defendant. | NO: 2:16-CV-0365-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' stipulated Proposed Order of Dismissal With Prejudice (ECF No. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of all the claims and causes of action in this case, with prejudice and without costs or attorneys' fees to any party.

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action asserted in the above-captioned case are **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 20, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2